THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KHARYE JARVIS, Respondent.

Submitted April 21, 2014; decided May 1, 2014

Motion for assignment of counsel granted and William G. Pixley, Esq., 620 Park Avenue, No. 410, Rochester, New York 14607 assigned as counsel to the respondent on the appeal herein.